FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 2 2 2007

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JULIE BEGAYE,

    Plaintiff,

vs.                                    Civil No. 06-975 JH/ACT

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,

    Defendant.

## ORDER and JUDGMENT

**THIS MATTER** comes before the Court on the proposed findings and recommended disposition of the United States Magistrate Judge. [Doc. 11.] Plaintiff filed objections on March 15, 2007. [Doc. 12.] Having reviewed the objections, the Court finds Plaintiff's objections have no merit.

**IT IS THEREFORE ORDERED** that the proposed findings and recommended disposition of the United States Magistrate Judge are hereby adopted by the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is dismissed with prejudice.

JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE